UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:

CHRISTOPHER ANDREW WRIGHT,

Chapter 13

Debtor.   Case No.  15-32876 BEH

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS AND NOTICE OF HEARING**

Now comes the above named Debtor, by and through Michelson Law Office, and objects to the Trustee's Motion to Dismiss on the following grounds:

FIRST: Christopher Wright filed his Chapter 13 Petition on November 25, 2015.

SECOND: Debtor admits that he has missed Trustee payments.

THIRD: Debtor had an accident in Ohio while driving his semi truck, then his fiancee passed away suddenly.

FOURTH: Debtor has deposited sufficient money in The Michelson Law Office Trust account for 3 plan payments.

FIFTH: Debtor will file a modified feasible plan.

**PLEASE TAKE NOTICE** that a telephone hearing will be held before the Honorable Beth E. Hanan, United States Bankruptcy Judge on March 29, 2016 at 9:00 AM, to consider the Trustee's Motion to Dismiss. To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 9122579 before the scheduled hearing time. Please note the Court may already be in session, so please wait quietly on the telephone for your case to be called. The Debtor is welcome, but not required to participate in this hearing,

Dated: March 7, 2016

THE MICHELSON LAW OFFICE

By /s/ *Carrie R. Michelson*
THE MICHELSON LAW OFFICE

617 6th Street/P.O. Box 67
Racine, WI   53401-0067
Telephone: 262-638-8400
Fax: 262-638-1818

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:

CHRISTOPHER ANDREW WRIGHT,

Chapter 13

Debtor.   Case No. 15-32876 BEH

CERTIFICATE OF SERVICE

STATE OF WISCONSIN)
: ss.
COUNTY OF RACINE )

    Lila Bannister, being first duly sworn on oath deposes and states that on the date this was notarized a copy of:

OBJECTION TO TRUSTEE'S MOTION TO DISMISS
and
NOTICE OF HEARING

was served by either Electronic Case Filing or by first class mail, postage prepaid, to the following persons at the following addresses:

Mary Grossman
Chapter 13 Trustee
P. O. Box 510920
Milwaukee, WI   53203

U. S. Trustee
UNITED STATES COURTHOUSE
517 E. Wisconsin Ave.
Suite 560
Milwaukee, WI 53202

Christopher Wright
673 Fox Tree Circle, #4
Burlington, WI 53105

with a request to the postal authorities for the return thereof in case of non-delivery to the person(s) addressed, in accordance with Bankruptcy Rule 7004(b).

                                                                               */s/ Lila Bannister*
                                                                                Lila Bannister

March 7, 2016

*/s/ Carrie R. Michelson*
Notary Public, Racine County, WI
My commission is permanent.